CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA AGUILAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Case No. 5:24-cv-01247-SSS (SPx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Claudia Aguilar hereby dismisses her individual claims in this action with prejudice. The claims of the putative class members, if any, are hereby dismissed without prejudice.

DATED: December 9, 2024          By: s/ *Michael T. Houchin*
                                      Attorney for Plaintiff
                                      mhouchin@crosnerlegal.com

                                 CROSNER LEGAL, P.C.
                                 Michael T. Houchin (SBN 305541)
                                 mhouchin@crosnerlegal.com
                                 Craig W. Straub (SBN 249032)
                                 craig@crosnerlegal.com
                                 Zachary M. Crosner (SBN 272295)
                                 zach@crosnerlegal.com
                                 9440 Santa Monica Blvd. Suite 301
                                 Beverly Hills, CA 90210
                                 Tel: (866) 276-7637
                                 Fax: (310) 510-6429

                                 *Attorneys for Plaintiff and the Proposed Class*

NOTICE OF VOLUNTARY DISMISSAL